**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2267**

JAY L. THOMAS,

              Plaintiff - Appellant,

       v.

SALLIE MAE FINANCIAL CORPORATION, INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:13-cv-02478-DKC)

Submitted:  February 27, 2014          Decided:  March 4, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay L. Thomas appeals the district court's order dismissing without prejudice his complaint against Sallie Mae Financial Corporation, Inc., in which he alleged breach of contract and violations of the Rehabilitation Act and Consumer Fraud Act. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Thomas' informal brief does not challenge the basis for the district court's disposition, Thomas has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>